## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50148 | **DATE** | 7/23/2008 |
| **CASE TITLE** | Richards vs. Stevens | | |

**DOCKET ENTRY TEXT:**

This bankruptcy appeal was docketed in this court on July 22, 2008. Appellant shall file a brief in support of his appeal on or before August 6, 2008. Appellee's brief shall be filed on or before August 21, 2008. Appellant's reply brief shall be filed on or before September 2, 2008. Fed. R. Bankr. P. 8009. Each brief is limited to 15 pages in length.

*Philip G. Reinhard*

Notices mailed by Judge's Staff

| | Courtroom Deputy Initials: | /sec |
|---|---|---|