FILED
AUG 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Terence Bruce Richards | ) | |
|     Plaintiff | ) | |
| | ) | Case Number 08 CV 50148 |
| Vs. | ) | |
| | ) | District Judge: Philip G. Reinhard |
| James E. Stevens | ) | |
|     Defendant(s) | ) | Magistrate Judge: P. Michael Mahoney |

## DOCKETING STATEMENT

1. The District Court has jurisdiction over this case, pursuant to Title 28 U.S.C.

   §1334(a).

   > Except as provided in subsection (b) of this section, the district courts shall have original and exclusive jurisdiction of all cases under Title 11.

2. The Bankruptcy Court has jurisdiction over this case, pursuant to Title 28 U.S.C.

   §1334.

3. This is an appeal from, the bankruptcy court's June 4th, 2008 court order.

4. This is a final and appealable court order.

*[signature: Terence Bruce Richards]*