IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED
AUG 1 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| Terence Bruce Richards ) | |
|     Plaintiff ) | |
| ) | Case Number 08 CV 50148 |
| Vs. ) | |
| ) | District Judge: Philip G. Reinhard |
| James E. Stevens ) | |
|     Defendant(s) ) | Magistrate Judge: P. Michael Mahoney |

## NOTICE OF MOTION TO AMEND JURISDICTIONAL STATEMENT

Terence Bruce Richards, has filed papers with the Court for a Motion for Status, in the above captioned case, against Bankruptcy Trustee, James E. Stevens.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this instant case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, then you or your attorney must:

1. File a written response to the above Motion on or before the date set for the hearing on the Motion at the United States District Court, 211 South Court Street, Rockford, Illinois 61101, OR,

2. Attend the hearing scheduled to be held on **August, 13th, 2008, at 1:30P.M.** at the United States District Court, Federal Building, Courtroom 206, 211 South Court Street, Rockford, Illinois 61101

If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

You must also mail a copy to:     Terence Bruce Richards
                                            P. O. Box 3030
                                            Chicago, Illinois 60690-3030

If you file a response, attend the hearing on the Motion, scheduled to be held on **August 13th, 2008 at 1:30P.M.** at the United States District Court, Federal Building, Courtroom 206, 211 South Court Street, Rockford, Illinois 61101

       If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and grant the same.

August 10th, 2008

                                            *(signature)*
                                            Terence Bruce Richards
                                            P. O. Box 3030
                                            Chicago, Illinois 60690-3030